IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| Lanae Mataya Jones,<br><br>       Plaintiff,<br><br>-vs-<br><br>National Credit Systems, Inc. and<br>Law Office of Brett M. Borland, P.C.,<br><br>       Defendants. | No.  3:18-cv-00213-RLY-MPB |

## DEFENDANTS' STATEMENT OF DEFENSES

National Credit Systems, Inc. and the Law Office of Brett M. Borland, P.C., (together, "Defendants"), hereby submit this statement of defenses in accordance with the scheduling order at docket 25:

Defendants anticipate setting forth the following defenses at trial:

1) Defendants have not been presented with any evidence that the Plaintiff has suffered any damages as a result of the allegations in this matter, and as such, Defendants anticipate presenting defenses asserting that the Plaintiff lacks standing.

2) Additionally, Defendants had a right to rely upon the information provided from their client in its various activities, particularly where Defendants had designed and implemented procedures to avoid the types of complaints that the Plaintiff complains of in this action. As a result of the same, Plaintiff's cause of action is barred.

Respectfully submitted,

/s/ Katrina M. DeMarte

|  |  |
|---|---|
| September 12, 2019 | Katrina M. DeMarte (MI Bar No. P81476; CO Bar No. 43135)<br>**DEMARTE LAW, PLLC**<br>39555 Orchard Hill Place; PMB 6338<br>Novi, MI 48375<br>Tel. 313-509-7047<br>katrina@demartelaw.com |

## PROOF OF SERVICE

I, Katrina M. DeMarte, hereby certify that on September 12, 2019, I served Defendants' Statement of Defenses via ECF, upon any attorney of record for the Plaintiffs.

/s/ Katrina M. DeMarte